UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )          Case No. 1:04-cr-149
vs.                               )
                                  )          JUDGE COLLIER
RONNY SCOTT                       )


<u>MEMORANDUM AND ORDER</u>

The defendant appeared for a hearing before the undersigned on May 9, 2012, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of U.S. Probation Officer Tim Chavers and the Warrant for Arrest issued by Chief U.S. District Judge Curtis L. Collier. Those present for the hearing included:

(1)   AUSA Chris Poole for the USA.
(2)   Defendant RONNY SCOTT.
(3)   Attorney Anthony Martinez for defendant.
(4)   Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense.  Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was determined the defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney.  It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

Defendant waived his right to a preliminary hearing and detention hearing.

AUSA Poole moved defendant be detained pending a hearing to determine whether his term of supervision should be revoked.

1

<u>Findings</u>

(1) Based upon U.S. Probation Officer Tim Chavers' petition and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the petition.

<u>Conclusions</u>

It is ORDERED:

(1)   The defendant shall appear in a revocation hearing before Chief U.S. District Judge Curtis L. Collier.

(2) The motion of AUSA Poole that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Collier on **Thursday, May 24, 2012, at 2:00 pm.**

ENTER.

S /William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

2